IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR.,

Civil Action No. 2:20-CV-1537

Plaintiffs,

v.

AIR AND LIQUID SYSTEMS CORPORATION, et al.

Defendants.

**ORDER**

AND NOW, this 20th day of November 2020, upon consideration of Defendant Central Hudson Gas & Electric Corporation's Motion to Dismiss Pursuant to Rule 12(b)(2) due to Lack of Personal Jurisdiction, and noting no opposition filed by Plaintiff, it is hereby ORDERED that Central Hudson Gas & Electric Corporation's Motion is GRANTED and Central Hudson Gas & Electric Corporation is Dismissed Without Prejudice.

_____

Judge Marilyn J. Horan

United States District Judge