IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR.,

        Civil Action No. 2:20-CV-1537

Plaintiffs,

v.

AIR AND LIQUID SYSTEMS CORPORATION, et al.

Defendants.

## ORDER

AND NOW, this 20th day of November 2020, upon consideration of Defendant Vermont Yankee Nuclear Power Corporation's Motion to Dismiss Pursuant to Rule 12(b)(2) due to Lack of Personal Jurisdiction, and noting no opposition filed by Plaintiff, it is hereby ORDERED that Vermont Yankee Nuclear Power Corporation's Motion is GRANTED and Vermont Yankee Nuclear Power Corporation is Dismissed Without Prejudice.  As the Motion to Dismiss is granted, Vermont Yankee Nuclear Power Corporation's Motion for Protective Order is hereby deemed to be moot.

_____

Judge Marilyn J. Horan

United States District Judge