IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIRLEY A. HILSTER and
CHARLES W. HILSTER, JR.,

Plaintiffs,

vs.                                             CASE NO. 2:20-cv-1537-MJH

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

Defendants.

## ORDER OF DISMISSAL

AND NOW, this 8th day of December 2020, upon consideration of defendant Seminole Electric Cooperative, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Brief in Support, and noting no opposition from Plaintiffs, it is hereby ORDERED, ADJUGED and DECREED that the above-referenced civil action is hereby dismissed *without prejudice*, as against Seminole Electric and its predecessors, successors and assigns, with the parties to each bear their own costs, and without such dismissal affecting the claims of Plaintiffs against any other defendant in this action.

_____
Marilyn J. Horan
United States District Judge