IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORP, et al.., <br><br> Defendants. | Civil Action No. 2:20-CV-01537-MJH |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Tri-State Generation & Transmission Association pursuant to Federal Rule of Civil Procedure 41, each party to bear its own expenses, including attorney fees incurred in this action.

We, the undersigned Counsel for the Parties to this action, declare that this stipulation is both consensual and mutual.

Respectfully Submitted,

By: /s/ Craig E. Coleman                    By: /s/ Tausha Saunders

Craig E. Coleman, Esquire
E-Mail: ccoleman@cbmclaw.com
PA. I.D. #39391

**CAROSELLI BEACHLER & COLEMAN, LLC**
20 Stanwix Street, STE 700
Pittsburgh, PA  15222-4802

Jacqueline M. Carolan, Esquire
Email: JCarolan@FoxRothschild.com
PA. I.D. #52576

**FOX ROTHSCHILD LLP**
Firm No. 172
2000 Market Street, 20th Floor

Tel.: (412) 391-9860
Fax: (412) 391-7453

Benjamin D. Braly, Esquire
E-Mail: bbraly@dobslegal.com
PA. I.D. #312760

**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N Market Street, STE 300
Dallas, TX 75202

Tel.: (214) 722-5990
Fax: (214) 722-5991

*Counsel for Plaintiff*

Dated:  December 1, 2020

Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150

Tausha Saunders, Esquire
Email: Tsaunders@foxrothschild.com
PA I.D. #327856

**FOX ROTHSCHILD LLP**
Firm No. 172
500 Grant St., Ste. 2500
Pittsburgh, Pennsylvania 15219
Tel: (412) 394-5572
Fax: (412) 391-6984

*Counsel for Defendant Tri-State Generation & Transmission Association*

Dated:  December 1, 2020