IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR., | |
| Plaintiffs, | |
| v. | Civil Action No. 2:20-CV-01537-MJH |
| AIR & LIQUID SYSTEMS CORP, et al.., | |
| Defendants. | |

## ORDERED STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41

IT IS SO ORDERED that as STIPULATED AND AGREED upon by and between the Parties through their respective Counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Entergy Corporation pursuant to Federal Rule of Civil Procedure 41, each party to bear its own expenses, including attorney fees incurred in this action.

Date: January 8, 2021

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge