IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR., | |
| Plaintiffs, | |
| v. | Civil Action No. 2:20-CV-01537-MJH |
| AIR & LIQUID SYSTEMS CORP, et al.., | |
| Defendants. | |

## STIPULATION OF VOLUNTARY
## DISMISSAL PURSUANT TO F.R.C.P. RULE 41

IT IS SO ORDERED that as stipulated and agreed by and between the Parties through their respective Counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Vistra Corp., f/k/a Vistra Energy Corp., as successor-in-interest to Dynegy, Inc. ("Vistra") pursuant to Federal Rule of Civil Procedure 41, each party to bear its own expenses, including attorney fees incurred in this action.

_____
Marilyn J. Horan
United States District Judge