# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually, | : CIVIL DIVISION : : : : 2:20-cv-01537-MJH |
| Plaintiff, | : : |
| v. | : : |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | : : : |
| Defendant. | : |

## MOTION FOR WITHDRAWAL OF APPEARANCE

AND NOW comes the Defendant Bechtel Corporation ("Defendant"), by and through its attorneys Eckert Seamans Cherin & Mellott, LLC, and sets forth the following in support of its Motion for Withdrawal of Appearance pursuant to LCvR 83.2(c)(4):

1. Attorney Alison R. Viola has entered an appearance in this action on behalf of Defendant.

2. Attorney Alison R. Viola has resigned her position at Eckert Seamans Cherin & Mellott, LLC.

3. Attorneys Dennis R. McEwen and Daniel J. Sinclair of Eckert Seamans Cherin & Mellott, LLC, who have already entered their appearances in this matter, will continue to represent Defendant.

WHEREFORE, the undersigned requests that the Court grant this Motion for Withdrawal of Appearance.

Dated: May 14, 2021                    Respectfully submitted,

   */s/ Alison R. Viola*
Dennis R. McEwen
PA. ID No. 36924
Daniel J. Sinclair
PA. ID No. 70213
Alison R. Viola
PA. ID No. 324768
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6000

Counsel for Bechtel Corporation, Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th date of May, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system and served upon all parties requesting service.

*/s/ Alison R. Viola*
Alison R. Viola