# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually, <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-01537 |

## **ORDER OF COURT**

AND NOW, this \_\_\_\_ day of _____, 2021, the Motion for Withdrawal of Attorney Alison R. Viola is **GRANTED**.

BY THE COURT:

_____, J.