IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER, JR.,<br><br>   Plaintiffs,<br><br>   v.<br><br>AIR & LIQUID SYSTEMS CORP, et al..,<br><br>   Defendants. | Civil Action No. 2:20-CV-01537-MJH |

## STIPULATION OF VOLUNTARY
## DISMISSAL PURSUANT TO F.R.C.P. RULE 41

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Aurora Pump Company pursuant to Federal Rule of Civil Procedure 41, each party to bear its own expenses, including attorney fees incurred in this action.

We, the undersigned Counsel for the Parties to this action, declare that this stipulation is both consensual and mutual.

Respectfully Submitted,

By: /s/ Benjamin D. Braly

   Benjamin D. Braly, Esquire
   E-Mail: bbraly@dobslegal.com
   PA. I.D. #312760

**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N Market Street, STE 300
Dallas, TX 75202

Tel.: (214) 722-5990

By: /s/ Joseph R. Schaper

   Joseph R. Schaper, Esquire
   Email:
   PA I.D. #52767

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
The Landmarks Building
100 West Station Square Drive, Suite 250
Pittsburgh, PA 15219

Fax: (214) 722-5991

Craig E. Coleman, Esquire
E-Mail: ccoleman@cbmclaw.com
PA. I.D. #39391

**CAROSELLI BEACHLER & COLEMAN, LLC**
20 Stanwix Street, STE 700
Pittsburgh, PA 15222-4802

Tel.: (412) 391-9860
Fax: (412) 391-7453

*Counsel for Plaintiff*

Dated: May 14, 2021

Tel: (412)-281-5560

*Counsel for Defendant Aurora Pump Company*

Dated: May 14, 2021

IT IS SO ORDERED this 17th day of May 2021 that Defendant Aurora Pump Company is DISMISSED from the case without prejudice.

    /s/ Marilyn J. Horan
United States District Judge
Western District of Pennsylvania