IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIRLEY A. HILSTER and
CHARLES W. HILSTER, JR.,

    Plaintiffs,                                **Case No. 2:20-cv-1537-MJH**

    v s .

AIR & LIQUID SYSTEMS CORP., et. al.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that all claims asserted against Defendants General Dynamics Corporation and Electric Boat Corporation in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own expenses, including attorney fees incurred in this action.

Respectfully submitted,

By: _/s/ Braly_____
Benjamin D. Braly, Esquire
P.A. I.D. 312760
bbraly@dobslegal.com
Dean Omar Branham Shirley, LLP
302 N Market Street, Ste 300
Dallas, TX 75202
214-722-5990

Craig E. Coleman, Esquire
P.A. I.D. 39391
ccoleman@cbmclaw.com
Carolselli Beachler & Coleman, LLC
20 Stanwix Street, STE 700
Pittsburgh, PA 15222
412-391-9860

Counsel for Plaintiffs

DATED: May 26, 2021

By:  /s/ James B. Insco, Esquire_____
James B. Insco, Esquire
PA I.D. 91250
jinsco@grsm.com

Gordon Rees Scully Mansukhani, LLP
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
412-995-5254

*Counsel for Defendants General Dynamics Corporation and Electric Boat Corporation*

DATED: May 26, 2021


It is so ordered this 10th day of June 2021.

_/s/ Marilyn J. Horan_____
Marilyn J. Horan
United States District Judge