IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER,<br><br>      Plaintiffs,<br> vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>      Defendant. | NO. 2:20-CV-01537-MJH<br><br>Judge Marilyn J. Horan |

## **STIPULATION OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that all claims asserted against Defendants Pennsylvania Electric Company and FirstEnergy Corp. in the above-captioned action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own expenses, including attorney fees incurred in this action.

Respectfully submitted,

DEAN OMAR BRANHAM SHIRLEY, LLP

By */s/ Benjamin D. Braly*
Benjamin D. Braly, Esq.
TX State Bar No. 24047574
(Admitted *Pro Hac Vice*)
Dean Omar Branham Shirley, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
214-722-5990
bbraly1@dobslegal.com

Craig E. Coleman, Esq.
Pa ID #39391
Caroselli Beachler & Coleman
Counsel for Plaintiffs
Shirley A. Hillster and Charles Hilster, Jr.
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222
412-391-9860
ccoleman@cbmclaw.com

WILLMAN & SILVAGGIO LLP

By */s/ Anna Maria Sosso*
Anna Maria Sosso, Esq.
Pa ID #52769
Willman & Silvaggio LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
412-366-3333
Counsel for Pennsylvania Electric Company and FirstEnergy Corp.
asosso@willmanlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September __27____, 2021, a copy of the foregoing pleading was served by the U.S. Mail and electronic mail to all counsel of record.

By /s/ *Anna Maria Sosso*
Anna Maria Sosso
Pa ID #52769
Counsel for Defendant
Pennsylvania Electric Company and
FirstEnergy Corp.
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
412-366-3333
asosso@willmanlaw.com