IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and CHARLES W. HILSTER,<br><br>     Plaintiffs,<br><br> vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>     Defendant. | NO. 2:20-CV-01537-MJH<br><br>Judge Marilyn J. Horan |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective Counsel, that all claims asserted against Defendants Pennsylvania Electric Company and FirstEnergy Corp. in the above-captioned action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own expenses, including attorney fees incurred in this action.

Respectfully submitted,

| | |
|---|---|
| DEAN OMAR BRANHAM SHIRLEY, LLP | WILLMAN & SILVAGGIO LLP |
| By */s/ Benjamin D. Braly*<br>Benjamin D. Braly, Esq.<br>TX State Bar No. 24047574<br>(Admitted *Pro Hac Vice*)<br>Dean Omar Branham Shirley, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>214-722-5990<br>bbraly1@dobslegal.com | By */s/ Anna Maria Sosso*<br>Anna Maria Sosso, Esq.<br>Pa ID #52769<br>Willman & Silvaggio LLP<br>5500 Corporate Drive, Suite 150<br>Pittsburgh, PA 15237<br>412-366-3333<br>Counsel for Pennsylvania Electric Company and FirstEnergy Corp.<br>asosso@willmanlaw.com |
| Craig E. Coleman, Esq.<br>Pa ID #39391<br>Caroselli Beachler & Coleman<br>Counsel for Plaintiffs<br>Shirley A. Hillster and Charles Hilster, Jr.<br>20 Stanwix Street, Suite 700<br>Pittsburgh, PA 15222<br>412-391-9860<br>ccoleman@cbmclaw.com | It is so ordered.<br><br>*/s/ Marilyn J. Horan* |