IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>Defendants. | Civil Action No. 2:20-CV-15370-MJH |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2022 upon consideration of the Motion for Summary Judgment Based on a Lack of Product Identification, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment, on all claims and cross-claims, which has been filed on behalf of the Defendant, AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc. is hereby _____. All claims and cross-claims against AIR & LIQUID SYSTEMS CORPORATION, successor by merger to Buffalo Pumps, Inc. are hereby dismissed with prejudice.

BY THE COURT:

_____, J.