IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, Deceased and CHARLES W. HILSTER, JR., Individually,** | W.D. PA. No.: 2:20-CV-01537-MJH <br><br> ASBESTOS CASE |
| Plaintiffs, | |
| -against- | |
| **AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS INC.**, *et al.*, | |
| Defendants. | |

## MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

AND NOW come Defendants, by lead defense counsel, Wilbraham, Lawler & Buba and Jennifer E. Watson, Esquire, and set forth the following Motion for Voluntary Dismissal of Certain Defendants.

Plaintiffs, Shirley A. Carpin, as Executor of the Estate of Shirley A. Hilster, Deceased, and Charles W. Hilster, Jr., Individually, by and through their counsel, Dean Omar Branham Shirley, LLP and Benjamin D. Braly, Esquire, and Caroselli, Beachler & Coleman, LLC and Craig E. Coleman, Esquire, have indicated their intent and wish to voluntarily dismiss their claims without prejudice against the following defendants ONLY in this action.

| |
|---|
| A. O. Smith Corporation |
| Armstrong International, Inc. |
| Carboline Company |
| Copes-Vulcan, Inc. |
| Crosby Valve, LLC |
| DCo LLC, f/k/a Dana Companies, LLC |
| DeZurik, Inc. |
| Eaton Hydraulics LLC, as successor-by-merger to Eaton Hydraulics, Inc. as successor-in-interest to Vickers Inc. |

| |
|---|
| Electrolux Home Products, Inc. as successor in interest to Copes-Vulcan |
| Emerson Electric Co., incorrectly designated as Emerson Electric Co., Individually and as successor in interest to Copeland Corporation |
| FirstEnergy Corp. |
| Flowserve Corporation f/k/a The Duriron Company Inc. |
| FMC Corporation, on behalf and its former Peerless Pump and Northern Pump businesses, improperly sued as "FMC Corporation" |
| I.U. North America, Inc., as successor by merger to The Garp Company, f/k/a The Gage Company, f/k/a Pittsburgh Gage and Supply Company |
| Niantic Seal, Inc. |
| Niantic Seal RIP, Inc. |
| Pennsylvania Electric Company |
| Schneider Electric Systems, USA, Inc. f/k/a Invensys Systems, Inc. f/k/a Foxboro Company |
| Spence Engineering Company, Inc. |
| The Goodyear Tire and Rubber Company |
| Viking Pump, Inc. |
| Weir Valves & Controls USA Inc. (individually and as successor-in-interest to Atwood & Morrill Co., Inc.) |

1. Plaintiffs wish to dismiss their claims against the Defendants listed above in relation to this action, with each side bearing its own costs. The case will proceed against all other Defendants.

2. All Defendants have consented to the dismissal of all cross-claims against the Defendants listed above.

WHEREFORE, Lead Defense Counsel asks that this Court dismiss Plaintiffs' claims and all cross-claims without prejudice against the Defendants listed above <u>only</u>, with the case proceeding against all other defendants.

        Respectfully submitted,

        **WILBRAHAM, LAWLER & BUBA**

    By: */s/ Jennifer E. Watson*
        Jennifer E. Watson, Esquire (I.D. No. 78664)
        603 Stanwix Street Suite 17 North
        Pittsburgh, PA 15222
        jwatson@wlbdeflaw.com
        412-255-0500
        *Lead Defense Counsel*

DATE:  April 1, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, Deceased and CHARLES W. HILSTER, JR., Individually,**<br><br>Plaintiffs,<br><br>-against-<br><br>**AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS INC.,** *et al.*,<br><br>Defendants. | W.D. PA. No.: 2:20-CV-01537-MJH<br><br>ASBESTOS CASE |

## CERTIFICATE OF SERVICE

I hereby certify that April 1, 2022, I electronically filed the foregoing Motion for Voluntary Dismissal of Certain Defendants using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

*Jennifer E. Watson*
Jennifer E. Watson, Esquire
*Lead Defense Counsel*