IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, Deceased and CHARLES W. HILSTER, JR., Individually,** : <br> : <br> **Plaintiffs,** : <br> : <br> -against- : <br> : <br> **AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS INC.,** *et al.*, : <br> : <br> **Defendants.** : | W.D. PA. No.: 2:20-CV-01537-MJH <br><br> ASBESTOS CASE |

## ORDER OF COURT

AND NOW, to-wit, this  3rd  day of   April   , 2022 upon consideration of the Motion for Voluntary Dismissal of Certain Defendants which are enumerated below, said Motion is GRANTED. Plaintiffs' claims and all Defendants' cross-claims against the following Defendants are dismissed, without prejudice, with each side bearing its own costs, as to the following Defendants ONLY:

| |
|---|
| A. O. Smith Corporation |
| Armstrong International, Inc. |
| Carboline Company |
| Copes-Vulcan, Inc. |
| Crosby Valve, LLC |
| DCo LLC, f/k/a Dana Companies, LLC |
| DeZurik, Inc. |
| Eaton Hydraulics LLC, as successor-by-merger to Eaton Hydraulics, Inc. as successor-in-interest to Vickers Inc. |
| Electrolux Home Products, Inc. as successor in interest to Copes-Vulcan |
| Emerson Electric Co., incorrectly designated as Emerson Electric Co., Individually and as successor in interest to Copeland Corporation |
| FirstEnergy Corp. |
| Flowserve Corporation f/k/a The Duriron Company Inc. |

| |
|---|
| FMC Corporation, on behalf and its former Peerless Pump and Northern Pump businesses, improperly sued as "FMC Corporation" |
| I.U. North America, Inc., as successor by merger to The Garp Company, f/k/a The Gage Company, f/k/a Pittsburgh Gage and Supply Company |
| Niantic Seal, Inc. |
| Niantic Seal RIP, Inc. |
| Pennsylvania Electric Company |
| Schneider Electric Systems, USA, Inc. f/k/a Invensys Systems, Inc. f/k/a Foxboro Company |
| Spence Engineering Company, Inc. |
| The Goodyear Tire and Rubber Company |
| Viking Pump, Inc. |
| Weir Valves & Controls USA Inc. (individually and as successor-in-interest to Atwood & Morrill Co., Inc.) |

BY THE COURT:

_____, J.
Marilyn J. Horan