IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>     Plaintiffs,<br> vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>     Defendants. | Civil Action No: 2:20-CV-1537-MJH |

**<u>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL</u>**

Plaintiffs, Shirley Carpin and Charles Hislter by and through their undersigned counsel, Caroselli Beachler & Coleman, LLC and Dean Omar Branham Shirley LLP, and Defendant, General Electric Company, ("GE"), by and through its undersigned counsel, Spilman Thomas & Battle PLLC., hereby notify the Court that Plaintiffs have settled their claims with General Electric Company and that the parties hereby stipulate to General Electric Company's dismissal.

         SO STIPULATED

         Respectfully submitted,

         CAROSELLI BEACHLER & COLEMAN, LLC

         By: /s/ Craig E. Coleman
             Craig E. Coleman, Esquire
             P.A. I.D.: 39391
             20 Stanwix Street, 7th Floor
             Pittsburgh, PA 15222
             *Attorneys for Plaintiffs*

DEAN OMAR BRANHAM SHIRLEY, LLP

By: /s/ Benjamin D. Braly
Benjamin D. Braly, Esquire
P.A. I.D.: 312760
302 N. Market St., Suite 300
Dallas, TX 75202
*Attorneys for Plaintiffs*

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Bryan S. Neft
Bryan S. Neft, Esquire
Pa. I.D. # 60007
One Oxford Centre, Suite 3440
Pittsburgh, PA 15219
(412) 325-3301
*Attorneys for Defendant,*
*General Electric Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 4th day of April, 2022, a true and correct copy of the foregoing **Notice of Settlement and Stipulation of Dismissal** was served upon plaintiffs' counsel and all defense counsel of record through the Court's CM/ECF system.

DEAN OMAR BRANHAM SHIRLEY, LLP

By: /s/ Benjamin D. Braly
Benjamin D. Braly, Esquire

"AND NOW this 4th day of April 2022, it is hereby ORDERED that General Electric Company is dismissed from this matter with prejudice."

_____