IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually, <br><br> Plaintiff, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendant. | : CIVIL DIVISION <br> : <br> : <br> : 2:20-cv-01537-MJH <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SETTLEMENT

AND NOW comes the Defendant Bechtel Corporation ("Defendant"), by and through its attorneys Eckert Seamans Cherin & Mellott, LLC, and files the within Notice of Settlement:

1. Defendant Bechtel Corporation raises as an affirmative defense and complete bar to Plaintiff's claims, and any and all crossclaims, this Defendant's settlement with the Plaintiff.

Dated: May 19, 2022

Respectfully submitted,

 /s/ Dennis R. McEwen
Dennis R. McEwen
PA. ID No. 36924
Daniel J. Sinclair
PA. ID No. 70213
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Counsel for Bechtel Corporation, Defendant

102401679.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th date of May, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system and served upon all parties requesting service.

                                        */s/ Dennis R. McEwen*
                                        Dennis R. McEwen