## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually, | : : : : : : | CIVIL DIVISION<br><br>2:20-cv-01537-MJH |
| Plaintiff, | : : | |
| v. | : : | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | : : : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

AND NOW comes the Defendant Paramount Global f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Defendant"), by and through its attorneys Eckert Seamans Cherin & Mellott, LLC, and files the within Notice of Settlement:

1. Defendant Paramount Global f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation raises as an affirmative defense and complete bar to Plaintiff's claims, and any and all crossclaims, this Defendant's settlement with the Plaintiff.

Dated: May 19, 2022                    Respectfully submitted,

                                       */s/ Daniel J. Sinclair*
                                       Dennis R. McEwen
                                       PA. ID No. 36924
                                       Daniel J. Sinclair
                                       PA. ID No. 70213
                                       Eckert Seamans Cherin & Mellott, LLC
                                       600 Grant Street, 44th Floor
                                       Pittsburgh, PA  15219
                                       (412) 566-6000

                                       Counsel for Paramount Global f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 19th date of May, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system and served upon all parties requesting service.

*/s/ Daniel J. Sinclair*
Daniel J. Sinclair