IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, Deceased and CHARLES W. HILSTER, JR., Individually, | Civil Action No. 2:20-cv-01537-MJH |
| Plaintiffs, | |
| vs. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al. (including IMO Industries, Inc.) | |
| Defendants. | |

## NOTICE OF SETTLEMENT
## AS TO DEFENDANT IMO INDUSTRIES INC.

AND NOW comes the Defendant, IMO Industries Inc., by and through its undersigned counsel, Rawle & Henderson LLP and files the within Notice of Settlement:

1.  Defendant IMO Industries Inc. raises as an affirmative defense and complete bar to Plaintiff's claims, and any and all Cross-Claims, this Defendant's settlement with the Plaintiff.

                                    RAWLE & HENDERSON LLP

                                    By:   */s/ Julie N. Friedman*
                                                      Julie Nord Friedman, Esquire, PA ID 76126
                                                      Eric K. Falk, Esquire, PA ID 42079

                                                      The Henry W. Oliver Building
                                                      535 Smithfield Street, Suite 1000
                                                        Pittsburgh, PA 15222
                                                       (412) 261-5700

                                                       *Attorneys for Defendant IMO Industries Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of May 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT AS TO DEFENDANT IMO INDUSTRIES INC.** was filed with the Court and was served on all counsel of record via the Court's ECF system.

**RAWLE & HENDERSON LLP**

BY: */s/ Julie N. Friedman*_____
Julie Nord Friedman, Esquire, Pa. I.D. No. 76126
Eric K. Falk, Esquire, Pa. I.D. No. 42079

The Henry W. Oliver Building
535 Smithfield Street, Suite 1000
Pittsburgh, PA 15222
(412) 561-5700

*Attorneys for Defendant IMO Industries Inc.*

15978694-1