IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. HILSTER and<br>CHARLES W. HILSTER, JR., her husband<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>et al.<br><br>　　　　　　Defendants. | ) CIVIL DIVISION<br>)<br>) No. 2:20-cv-01537-MJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANTS PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED,**
**PSEG NUCLEAR, LLC and PSEG POWER, LLC**

　　AND NOW come the Defendants, Public Service Enterprise Group Incorporated, PSEG Nuclear, LLC and PSEG Power, LLC by and through its undersigned counsel, Willman & Silvaggio LLP and files the within Notice of Settlement:

　　1.　Defendants Public Service Enterprise Group Incorporated, PSEG Nuclear, LLC and PSEG Power, LLC raise as an affirmative defense and complete bar to Plaintiff's claim, and any and all Cross-Claims, these Defendants' settlements with the Plaintiff.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　WILLMAN & SILVAGGIO LLP


　　　　　　　　　　　　　　　　By */s/ Steven G. Blackmer*
　　　　　　　　　　　　　　　　Steven G. Blackmer
　　　　　　　　　　　　　　　　Pa ID #78257
　　　　　　　　　　　　　　　　*Counsel for Defendants Public Service Enterprise*
　　　　　　　　　　　　　　　　*Group Incorporated, PSEG Nuclear, LLC and*
　　　　　　　　　　　　　　　　*PSEG Power, LLC*

　　　　　　　　　　　　　　　　5500 Corporate Drive, Suite 150
　　　　　　　　　　　　　　　　Pittsburgh, PA 15237
　　　　　　　　　　　　　　　　412-366-3333

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2022, a copy of the foregoing was served by electronic mail to all counsel of record.

By */s/ Steven G. Blackmer*
Steven G. Blackmer
Pa ID #78257
*Counsel for Defendants, Public Service Enterprise Group Incorporated, PSEG Nuclear, LLC and PSEG Power, LLC*

5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
412-366-3333