IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. HILSTER and | ) | CIVIL DIVISION |
| CHARLES W. HILSTER, JR., her husband | ) | |
| | ) | No. 2:20-cv-01537-MJH |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT
AS TO DEFENDANT ABB, INC.**

AND NOW comes the Defendant, ABB, Inc., by and through its undersigned counsel, Willman & Silvaggio LLP and files the within Notice of Settlement:

1.  Defendant ABB, Inc. raises as an affirmative defense and complete bar to Plaintiff's claim, and any and all Cross-Claims, this Defendant's settlement with the Plaintiff.

Respectfully submitted,

WILLMAN & SILVAGGIO LLP

By _/s/ **Melanie M. Irwin**_
Melanie M. Irwin
Pa ID #91688
*Counsel for Defendant ABB, Inc.*

5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
412-366-3333

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 20, 2022, a copy of the foregoing was served

electronic mail to all counsel of record.


By */s/ Melanie M. Irwin*
Melanie M. Irwin
Pa ID #91688
*Counsel for Defendant ABB, Inc.*

5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
412-366-3333