IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| SHIRLEY A. HILSTER, DECEASED; CHARLES W. HILSTER JR., INDIVIDUALLY; SHIRLEY A. CARPIN, AS EXECUTOR OF THE ESTATE OF SHIRLEY A. HILSTER, DECEASED; AND SHIRLEY A. HILSTER,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants, | 2:20-CV-01537-MJH |

ORDER

Upon Consideration of Powell's Motion for Summary Judgment (ECF Nos. 345), the respective briefs of the parties (ECF Nos. 346, 377, and 387), the arguments of counsel, and for the reasons stated in this Court's Opinion (ECF No. 405), Powell's Motion for Summary Judgment is granted. Judgment is entered in favor of Powell and against the Plaintiffs. Based upon the Court's disposition Powell's Motion for Summary Judgment, Powell's Motion to Exclude Dr. Holstein is dismissed as moot.

DATED this 27th day of May, 2022.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge