IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| SHIRLEY A. HILSTER, DECEASED;<br>CHARLES W. HILSTERJR.,<br>INDIVIDUALLY; SHIRLEY A. CARPIN,<br>AS EXECUTOR OF THE ESTATE OF<br>SHIRLEY A. HILSTER, DECEASED; AND<br>SHIRLEY A. HILSTER, | )<br>)<br>)<br>)<br>)<br>)<br>) | 2:20-CV-01537-MJH |
| Plaintiffs, | ) | |

vs.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

Defendants,

ORDER

Upon Consideration of Buffalo's Motion for Summary Judgment (ECF Nos. 363), the

respective briefs of the parties (ECF Nos.  364, 379, and 385), the arguments of counsel, and for

the reasons stated in this Court's Opinion (ECF No. 407), Buffalo's Motion for Summary

Judgment is granted.  Judgment is entered in favor of Buffalo and against the Plaintiffs.

DATED this 27th day of May, 2022.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge