IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| SHIRLEY A. HILSTER, DECEASED; CHARLES W. HILSTER JR., INDIVIDUALLY; SHIRLEY A. CARPIN, AS EXECUTOR OF THE ESTATE OF SHIRLEY A. HILSTER, DECEASED; AND SHIRLEY A. HILSTER, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants, | 2:20-CV-01537-MJH |

## ORDER

Upon Consideration of Warren's Motion for Summary Judgment (ECF Nos. 369), the respective briefs of the parties (ECF Nos. 364, 376, and 388), the arguments of counsel, and for the reasons stated in this Court's Opinion (ECF No. 409), Warren's Motion for Summary Judgment is granted. Judgment will be entered in favor of Warren and against the Plaintiffs. Warren's Motion to Exclude Dr. Holstein and Dr. Staggs is dismissed as moot.

DATED this 27th day of May, 2022.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge