IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, Deceased and CHARLES W. HILSTER, JR., Individually, | : : : : : : | W.D. PA. No.: 2:20-CV-01537-MJH  ASBESTOS CASE |
| Plaintiffs, | : : | |
| -against- | : : | |
| AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS INC., *et al.*, | : : : : | |
| Defendants. | : | |

## DISMISSAL WITHOUT PREJUDICE OF
## DEFENDANT SEQUOIA VENTURES INC.

Plaintiffs, Shirley A. Carpin, as Executor of the Estate of Shirley A. Hilster, Deceased, and Charles W. Hilster, Jr., (collectively "Plaintiffs), hereby dismiss all claims and causes of action against Defendant Sequoia Ventures Inc., only, without prejudice, with each side to bear its own costs and attorneys' fees. Plaintiffs retain their claims and causes of action against all other named Defendants.

Dated: June 6, 2022

Respectfully submitted,

By:   /s/ _____

Benjamin D. Braly
PA State Bar No. 312760
Dean Omar Branham Shirley, LLP
302 N. Market Street, Suite 300
Dallas, TX 75226
T: 214-722-5990
F: 214-722-5991
bbraly@dobslegal.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 6th day of June, 2022, a true and correct copy of the foregoing was served upon plaintiffs' counsel and all defense counsel of record through the Court's CM/ECF system.

/s/ _____

Benjamin D. Braly