IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>    Plaintiffs,<br> vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>    Defendants. | Civil Action No: 2:20-CV-1537-MJH |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiffs, Shirley Carpin and Charles Hislter by and through their undersigned counsel, Caroselli Beachler & Coleman, LLC and Dean Omar Branham Shirley LLP, hereby notify the Court that Plaintiffs have settled their claims with Crane Co. and that Plaintiffs hereby stipulate to Crane Co.'s dismissal.

SO STIPULATED

Respectfully submitted,

CAROSELLI BEACHLER & COLEMAN, LLC

By: /s/ Craig E. Coleman
   Craig E. Coleman, Esquire
   P.A. I.D.: 39391
   20 Stanwix Street, 7th Floor
   Pittsburgh, PA 15222
   *Attorneys for Plaintiffs*

DEAN OMAR BRANHAM SHIRLEY, LLP

By: /s/ Benjamin D. Braly
Benjamin D. Braly, Esquire
P.A. I.D.: 312760
302 N. Market St., Suite 300
Dallas, TX 75202
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 6th day of June, 2022, a true and correct copy of the foregoing **Notice of Settlement and Stipulation of Dismissal** was served upon plaintiffs' counsel and all defense counsel of record through the Court's CM/ECF system.

DEAN OMAR BRANHAM SHIRLEY, LLP

By: /s/ Benjamin D. Braly
Benjamin D. Braly, Esquire

"AND NOW this ___ day of April 2022, it is hereby ORDERED that Crane Co. is dismissed from this matter with prejudice."

_____