IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>    Plaintiffs,<br> vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No: 2:20-CV-1537-MJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL</u>**

Plaintiffs, Shirley Carpin and Charles Hislter by and through their undersigned counsel, Caroselli Beachler & Coleman, LLC and Dean Omar Branham Shirley LLP, hereby notify the Court that Plaintiffs have settled their claims with AECOM Energy & Construction, Inc. and that Plaintiffs hereby stipulate to AECOM Energy & Construction, Inc.'s dismissal.

        SO STIPULATED

        Respectfully submitted,

        CAROSELLI BEACHLER & COLEMAN, LLC

        By: <u>/s/ Craig E. Coleman</u>
           Craig E. Coleman, Esquire
           P.A. I.D.: 39391
           20 Stanwix Street, 7th Floor
           Pittsburgh, PA 15222
           *Attorneys for Plaintiffs*

        DEAN OMAR BRANHAM SHIRLEY, LLP

"AND NOW this 7th day of June 2022, it is hereby ORDERED that AECOM Energy & Construction, Inc. is dismissed from this matter with prejudice."

*Marilyn J. Horan*