IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>    Plaintiffs,<br> vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>    Defendants. | Civil Action No: 2:20-CV-1537-MJH |

## NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Plaintiffs, Shirley Carpin and Charles Hislter by and through their undersigned counsel, Caroselli Beachler & Coleman, LLC and Dean Omar Branham Shirley LLP, hereby notify the Court that Plaintiffs have settled their claims with Foster Wheeler Energy Corporation and that Plaintiffs hereby stipulate to Foster Wheeler Energy Corporation's dismissal.

SO STIPULATED

Respectfully submitted,

CAROSELLI BEACHLER & COLEMAN, LLC

By: /s/ Craig E. Coleman
   Craig E. Coleman, Esquire
   P.A. I.D.: 39391
   20 Stanwix Street, 7th Floor
   Pittsburgh, PA 15222
   *Attorneys for Plaintiffs*

DEAN OMAR BRANHAM SHIRLEY, LLP

"AND NOW this 7th day of June 2022, it is hereby ORDERED that Foster Wheeler Energy Corporation is dismissed from this matter with prejudice."

*Marilyn J Horan*