IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al.<br><br>　　　　　Defendants. | Civil Action No: 2:20-CV-1537-MJH |

**<u>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL</u>**

Plaintiffs, Shirley Carpin and Charles Hislter by and through their undersigned counsel, Caroselli Beachler & Coleman, LLC and Dean Omar Branham Shirley LLP, hereby notify the Court that Plaintiffs have settled their claims with Metropolitan Life Insurance Company and that Plaintiffs hereby stipulate to Metropolitan Life Insurance Company's dismissal.

SO STIPULATED

Respectfully submitted,

CAROSELLI BEACHLER & COLEMAN, LLC

By:　/s/ Craig E. Coleman
　　　Craig E. Coleman, Esquire
　　　P.A. I.D.: 39391
　　　20 Stanwix Street, 7th Floor
　　　Pittsburgh, PA 15222
　　　*Attorneys for Plaintiffs*

DEAN OMAR BRANHAM SHIRLEY, LLP

"AND NOW this 7th day of June 2022, it is hereby ORDERED that Metropolitan Life Insurance Company is dismissed from this matter with prejudice."

_Marilyn J Horan_