IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. HILSTER and<br>CHARLES W. HILSTER,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:20-cv-1537<br><br><br>Judge Marilyn J. Horan |

**ORDER OF THE COURT**

And now this 14th day of June, 2022, at the time scheduled for status conference in this matter on June 13, 2022, counsel for the plaintiff appeared. Counsel for the three remaining defendants, Goulds Pump, Grinnell Corp., and ITT, LLC, did not appear. It is anticipated that there may have been a communication issue that resulted in their nonappearance. Counsel are directed to provide a joint status report or notice of settlement within ten days of this date. Depending upon the information provided within the status report, a further court proceeding will occur. If notice of settlement is filed, the Court will then await the discontinuance of the docket.

By the Court:

  s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge