IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually, <br><br>        Plaintiff, <br><br>        v. <br><br>AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br>        Defendants. | CIVIL ACTION No.: 2:20-CV-01537-MJH |

## STIPULATION OF DISMISSAL

AND NOW, this, __23__ day of __June__, 2022, it is hereby STIPULATED and AGREED by and between attorney for Plaintiff, and attorney for Defendant Grinnell LLC ("Grinnell") that Defendant Grinnell, is hereby DISMISSED from the above-captioned action without prejudice. After notice to all interested parties, all claims by Plaintiff and any and all cross-claims brought against Grinnell are hereby dismissed without prejudice.

**DEAN OMAR BRANHAM SHIRLEY, LLP**

By: _[signature]_
   Ben D. Braly (PA I.D. 312760)

and

**CAROSELLI BEACHLER & COLEMAN LLC**

Craig E. Coleman (PA I.D. 39391)

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS, LLP**

By: _____
   Brady S. Edwards (PA I.D. 207293)
   Hillary C. Rankin (PA I.D. 322799)
   *Attorney for Defendant*

**APPROVED BY THE COURT:**

_[signature: Marilyn J. Horan]_