IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., Individually, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-cv-1537-MJH |
| AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to Buffalo Pumps, Inc., et al. | § § § § § | |
| Defendants. | § § | |

**ORDER**

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_July\_\_\_, 2022, upon consideration of Plaintiffs' Motion for Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b), it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Accordingly, the Orders Granting Summary Judgment as to Defendants The William Powell Company and Warren Pumps, LLC are certified as Final Judgments.

_____
Judge Marilyn J. Horan