IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually,<br><br>        Plaintiff,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>        Defendants. | CIVIL ACTION No.: 2:20-CV-01537-MJH |

### STIPULATION OF DISMISSAL

AND NOW, this, 12th day of July, 2022, it is hereby STIPULATED and AGREED by and between attorney for Plaintiff, and attorney for Defendant Goulds Pumps LLC ("Goulds") that Defendant Goulds, is hereby DISMISSED from the above-captioned action without prejudice. After notice to all interested parties, all claims by Plaintiff and any and all cross-claims brought against Goulds are hereby dismissed without prejudice.

| | |
|---|---|
| **DEAN OMAR BRANHAM SHIRLEY, LLP** | **MORGAN, LEWIS & BOCKIUS, LLP** |
| By: _/s/ Ben D. Braly (with permission)_<br>   Ben D. Braly (PA I.D. 312760) | By: _/s/ Hillary C. Rankin_<br>   Brady S. Edwards (PA I.D. 207293)<br>   Hillary C. Rankin (PA I.D. 322799)<br>   *Attorney for Defendant* |
| and | |
| **CAROSELLI BEACHLER & COLEMAN LLC**<br><br>Craig E. Coleman (PA I.D. 39391)<br><br>*Attorneys for Plaintiff* | |

                                                    **APPROVED BY THE COURT:**

                                                    _/s/ Marilyn J. Horan_