IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. CARPIN, as Executor of the Estate of SHIRLEY A. HILSTER, deceased, and CHARLES W. HILSTER, JR., individually,<br><br>    Plaintiff,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION No.: 2:20-CV-01537-MJH |

## STIPULATION OF DISMISSAL

AND NOW, this 12th day of July, 2022, it is hereby STIPULATED and AGREED by and between attorney for Plaintiff, and attorney for Defendant ITT LLC (named in the complaint as "ITT, LLC, f/k/a ITT Corporation, ITT Industries Inc., ITT Fluid Products Corp., Hoffman Specialty Mgf. Corp., Bell & Gossett Company, and ITT Marlow") ("ITT") that Defendant ITT, is hereby DISMISSED from the above-captioned action without prejudice. After notice to all interested parties, all claims by Plaintiff and any and all cross-claims brought against ITT are hereby dismissed without prejudice.

**DEAN OMAR BRANHAM SHIRLEY, LLP**

By:   */s/ Ben D. Braly (with permission)*
  Ben D. Braly (PA I.D. 312760)

 and

**C**AROSELLI BEACHLER & COLEMAN **LLC**

Craig E. Coleman (PA I.D. 39391)

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS, LLP**

By: _Hillary C. Rankin_
  Brady S. Edwards (PA I.D. 207293)
  Hillary C. Rankin (PA I.D. 322799)
  *Attorney for Defendant*

**APPROVED BY THE COURT:**

_Marilyn J. Horan_